**Order entered January 24, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-19-01364-CV

---

**UHS OF TIMBERLAWN, INC. D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant**

**V.**

**OPAL SMITH, Appellee**

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19165**

---

## ORDER

Before the Court is appellant's January 22, 2020 motion for an extension of time to file its brief on the merits. Appellant explains in his motion that the parties have reached a tentative settlement agreement. We **GRANT** the motion. Appellant shall file its brief, a motion to dismiss the appeal, or a status report by **March 12, 2020**.

/s/    KEN MOLBERG
          JUSTICE